| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

**1. Debtor's name**   **Pioneer Breaker & Control Supply, Co.**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**   7 4 – 2 6 3 5 0 2 5

**4. Debtor's address**

**Principal place of business**

**2216-B Rutland Dr.**
Number   Street

**Austin          TX     78758**
City            State   ZIP Code

**Travis**
County

**Mailing address, if different from principal place of business**

Number   Street

P.O. Box

City            State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number   Street

City            State   ZIP Code

**5. Debtor's website (URL)**   **pioneerbreaker.com**

**6. Type of debtor**
☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Pioneer Breaker & Control Supply, Co.** _____ Case number (if known) _____

**7. Describe debtor's business**

A. Check one:

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. Check all that apply:

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

__4__ __2__ __5__ __1__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

Check one:

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. _Check all that apply:_
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District _____ When _____ Case number _____
  MM / DD / YYYY
  District _____ When _____ Case number _____
  MM / DD / YYYY
  District _____ When _____ Case number _____
  MM / DD / YYYY

Debtor **Pioneer Breaker & Control Supply, Co.**    Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                              MM / DD / YYYY
         Case number, if known _____

         Debtor _____  Relationship _____
         District _____  When _____
                              MM / DD / YYYY
         Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number     Street
_____
_____   ___  _____
City         State  ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

Debtor **Pioneer Breaker & Control Supply, Co.**     Case number (if known) _____

14. **Estimated number of creditors**
    - ☐ 1-49
    - ☑ 50-99
    - ☐ 100-199
    - ☐ 200-999
    - ☐ 1,000-5,000
    - ☐ 5,001-10,000
    - ☐ 10,001-25,000
    - ☐ 25,001-50,000
    - ☐ 50,001-100,000
    - ☐ More than 100,000

15. **Estimated assets**
    - ☑ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☐ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

16. **Estimated liabilities**
    - ☐ $0-$50,000
    - ☐ $50,001-$100,000
    - ☐ $100,001-$500,000
    - ☐ $500,001-$1 million
    - ☑ $1,000,001-$10 million
    - ☐ $10,000,001-$50 million
    - ☐ $50,000,001-$100 million
    - ☐ $100,000,001-$500 million
    - ☐ $500,000,001-$1 billion
    - ☐ $1,000,000,001-$10 billion
    - ☐ $10,000,000,001-$50 billion
    - ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **09/20/2016**
    MM / DD / YYYY

    X **/s/ Elod Tamas Toldy**     **Elod Tamas Toldy**
    Signature of authorized representative of debtor     Printed name

    Title **President**

18. **Signature of attorney**

    X **/s/ William T. Peckham**     Date **09/20/2016**
    Signature of attorney for debtor     MM / DD / YYYY

    **William T. Peckham**
    Printed name

    **Law Office of William T. Peckham**
    Firm name

    **1104 Nueces Street, Suite 104**
    Number     Street

    **Austin**     **TX**     **78701-2106**
    City     State     ZIP Code

    **(512) 472-8126**     **wpeckham@peckhamlawaustin.com**
    Contact phone     Email address

    **15706200**     **TX**
    Bar number     State

---

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 4

**Official Form 201A (12/15)**

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

In re  **Pioneer Breaker & Control Supply, Co.**                          Case No.

                                                                          Chapter  **11**

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____**N/A**_____.

2. The following financial data is the latest available information and refers to the debtor's condition on ____**9/1/2016**____.

    a. Total assets                                              **$501,000.00**

    b. Total debts (including debts listed in 2.c., below)       **$1,580,000.00**

    c. Debt securities held by more than 500 holders:                          Approximate number of holders:

    secured ☐    unsecured ☐    subordinated ☐    _____    _____
    secured ☐    unsecured ☐    subordinated ☐    _____    _____
    secured ☐    unsecured ☐    subordinated ☐    _____    _____
    secured ☐    unsecured ☐    subordinated ☐    _____    _____
    secured ☐    unsecured ☐    subordinated ☐    _____    _____

    d. Number of shares of preferred stock                       **0**
    e. Number of shares of common stock                          **87000**

    Comments, if any:

3. Brief description of debtor's business:
**Sales and commissioned sales of electrical supplies, primarily breakers, to wholesale and retail customers.**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
**Elod Tamas Toldy**

Official Form 201A        Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Pioneer Breaker & Control Supply, Co.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

**Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Industrial ElectroTech  2216-A Rutland Dr.  Austin, TX 78758 | | Inventory | | | | $210,000.00 |
| 2 | Breaker Unlimited  16721 Hollister St.  Suite A, Bldg 3  Houston, TX 77066 | | Business expense/Suit/poss. paid | Disputed | | | $200,000.00 |
| 3 | C & E Electric  14932 - 136 Street  Edmonton, Alberta T-6VlM3  Canada | | Trade Debt | | | | $127,000.00 |
| 4 | QuarterSpot Inc.  2400 Veterans Memorial Blvd. #300  Kenner, LA 70062 | | Loan | | | | $124,246.22 |
| 5 | Industrial Control Supply  22410 70th Avenue, West No. 6  Mountlake Terrace, WA 98043 | | Business expense | Disputed | | | $117,000.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 1

Debtor **Pioneer Breaker & Control Supply, Co.**   Case number (if known) _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Fedex Express<br>P.O. Box 660481<br>Dallas, TX 75266 | | Business expense | Disputed | | | $72,756.37 |
| 7 | Can Capital<br>2015 Vaugh Rd., Suite 500<br>Kennesaw, GA 30144 | | Loan | | | | $72,756.37 |
| 8 | Industrial OverSupply<br>2216-A Rutland Dr.<br>Austin, TX 78758 | | Business expense / Trade Debt | | | | $60,000.00 |
| 9 | Sprecher & Schuh<br>P.O. Box 602288<br>Charlotte, NC 28260 | | Trade Debt | | | | $59,258.39 |
| 10 | NuLook Lending<br>333 Pearsall Ave., Suite 205<br>Cedarhurst, NY 11516 | | Loan | | | | $58,241.79 |
| 11 | BBVA Compass Bank<br>P.O. Box 830696<br>Birmingham, AL 35283-0696 | | Line of Credit | | | | $53,650.29 |
| 12 | Intuit Payment Solutions<br>26000 Cannon Road<br>Cleveland, OH 44146 | | False Transactions | Disputed | | | $51,100.00 |
| 13 | New Era Lending LLC<br>Attn: Jeffrey Zachter<br>2 University Plaza, Suite 205<br>Hackensack, NJ 07601 | | Loan | | | | $49,810.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor   **Pioneer Breaker & Control Supply, Co.**         Case number (if known) _____
               Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | 360 Industrial Supply  2211-B Denton Dr.  Austin, TX 78758 | | Trade Debt | Disputed | | | $35,000.00 |
| 15 | RMS  P.O. Box 361595  Columbus, OH 43236 | | Business expense | Disputed | | | $33,511.23 |
| 16 | U.S. District Clerk  300 North Hogan St.  Jacksonville, FL 32202 | | Restitution | | | | $30,000.00 |
| 17 | Paypal Working Capital (IOS)  P.O. Box 105658  Atlanta, GA 30348 | | Loan | | | | $9,435.00 |
| 18 | Fedex Freight  2200 Forward Dr.  Harrison, AR 72602-0840 | | Business expense | Disputed | | | $8,084.13 |
| 19 | MB Financial  13650 Heritage Pkwy  Fort Worth, TX 76177 | | Purchase Money | | $29,650.11 | $22,000.00 | $7,650.11 |
| 20 | Electro-Mec  2 Executive Dr., Suite 770  Fort Lee, NJ 07024 | | Trade Debt | | | | $7,150.29 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 3

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

IN RE: **Pioneer Breaker & Control Supply, Co.**　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　**11**

# VERIFICATION OF CREDITOR MATRIX

　　The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  9/20/2016　　　　　　　　　　　　　Signature  /s/ Elod Tamas Toldy
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Elod Tamas Toldy*
　　　　　　　　　　　　　　　　　　　　　　　　　　　*President*

Date　　　　　　　　　　　　　　　　　　　Signature

360 Industrial Supply
2211-B Denton Dr.
Austin, TX 78758


Access Receivables
P.O. Box 1377
Cockeysville, MD 21030-6377


ADP
1 ADP Blvd.
Rosland, NJ 07068


Altus Global Trade Solutions
Attn: Peter Nash
2400 Veterans Memorial Blvd #300
Kenner, LA 70062


BBVA Compass Bank
P.O. Box 830696
Birmingham, AL 35283-0696


BCS Switchgear, Inc
4790 US Hwy 337 S.
Krugerville, TX 76227


Breaker Hunters Inc.
P.O. Box 483
Pounding Mill, VA 24637


Breaker Unlimited
16721 Hollister St.
Suite A, Bldg 3
Houston, TX 77066


C & E Electric
14932 - 136 Street
Edmonton, Alberta T-6VIM3
Canada

```
Can Capital
2015 Vaugh Rd., Suite 500
Kennesaw, GA 30144


Chase Bank
P.O. Box 183164
Columbus, OH 43218-3164


Circuit Breaker Sales
79 Main St.
Seymour, CT 06483


Commercial Recovery Bureau, Inc.
P.O. Box 59104
Dallas, TX 75229


Dell Financial Services
P.O. Box 81577
Austin, TX 78708-1577


Electro-Mec
2 Executive Dr., Suite 770
Fort Lee, NJ 07024


Elod Tamas Toldy
3021 Legendary Dr., Suite 617
Austin, TX 78727


Fedex Express
P.O. Box 660481
Dallas, TX 75266


Fedex Freight
2200 Forward Dr.
Harrison, AR 72602-0840
```

Fusenco Inc.
15550 W. Hardy
Houston, TX 77060


Industrial Control Supply
22410 70th Avenue, West No. 6
Mountlake Terrace, WA 98043


Industrial ElectroTech
2216-A Rutland Dr.
Austin, TX 78758


Industrial Market Place
7842 Lincoln Ave.
Skokie, IL 60077


Industrial OverSupply
2216-A Rutland Dr.
Austin, TX 78758


Innovative Communication Systems
10430 Gulfdale St.
San Antonio, TX 78216


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Intuit Payment Solutions
26000 Cannon Road
Cleveland, OH 44146


Janitor's Warehouse
3910 Gattis School Road
Round Rock, TX 78664

```
Joseph Sussman PC
132 W 31st St. Rm. 1320
New York, NY 10001 -3406



Lanco
P.O. Box 2940
Denton, TX 76202



Mayfield Paper Company
3331 N. Panam Expy
San Antonio, TX 78219



MB Financial
13650 Heritage Pkwy
Fort Worth, TX 76177



McCarthy, Burgess & Wolff
26000 Cannon Rd
Cleveland, OH 44146



Motor Control Center
4019 Windgap Ave.
Pittsburgh, PA 15204



New Era Lending LLC
Attn: Jeffrey Zachter
2 University Plaza, Suite 205
Hackensack, NJ 07601



NuLook Lending
333 Pearsall Ave., Suite 205
Cedarhurst, NY 11516



Paypal Credit (PBC)
P.O. Box 105658
Atlanta, GA 30348
```

Paypal Working Capital (IOS)
P.O. Box 105658
Atlanta, GA 30348


PCS Electrical Products
4917 Dudley Blvd., Suite A
McClellan, CA 95652


Peloton Commercial Real Estate
8310-1 North Capital of Texas Hwy
Suite 225
Austin, TX 78731


Pioneer Breaker & Control Supply, Co.
2216-B Rutland Dr.
Austin, TX 78758


Pitney Bowes
Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250


QuarterSpot Inc.
2400 Veterans Memorial Blvd. #300
Kenner, LA 70062


RG Industries LLC
9740 Jordan Circle
Santa Fe Springs, CA 90670


RMS
P.O. Box 361595
Columbus, OH 43236


Silicon Valley Breaker & Controls Inc.
2128 N. 1st St., Suite E
San Jose, CA 95131

Sprecher & Schuh
P.O. Box 602288
Charlotte, NC 28260


Teco Westinghouse
P.O. Box 846052
Dallas, TX 75284-6052


Texas Comptroller of Public Accounts
Sales Tax Division
Lyndon B. Johnson State Office Building
111 East 17th Street
Austin, TX 78774

Texas Document Solutions
2600 Longhorn Blvd. #102
Austin, TX 78758


Texas Workforce Commission
101 East 15th St., Room 556
Austin, TX 78778


Travis County Tax Office
5501 Airport Blvd
Austin, TX 78751


U.S. District Clerk
300 North Hogan St.
Jacksonville, FL 32202


Western Enterprises
2965 Durahart
Riverside, CA 92507


William T. Peckham
Attorney At Law
1104 Nueces St., Suite 104
Austin, TX 78701-2106

```
YRC
P.O. Box 93151
Chicago, IL 60673-3151
```