**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 24, 2017**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: PIONEER BREAKER & CONTROL SUPPLY, CO., | § § | CASE NO. 16-11095 |
| Debtor | § | Chapter 11 |

ORDER DISMISSING CASE

Came on for consideration the United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 1112(b) or, in the Alternative to Convert Case to a Case Under Chapter 7. The Court finds that the Motion has merit, and it is therefore

ORDERED that the above-styled and numbered case be, and is hereby, dismissed. It is

FURTHER ORDERED that Debtor shall pay the United States Trustee the sum of $4550 for that amount owed pursuant to 28 U.S.C. § 1930 for the 2nd, 3rd, and 4th quarters of 2017 within 10 days of entry of this order. Quarterly fees shall continue to accrue until the case is dismissed or converted.

###

Order prepared and submitted by:
Deborah A. Bynum
Office of the U.S. Trustee
903 San Jacinto Blvd., Rm. 230
Austin, TX 78701